No. 73–5595.  RICHARDSON *v.* UNITED STATES.  C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded to the United States District Court for the Central District of California so that the judgment of conviction may be vacated as suggested by the Government in the memorandum filed February 25, 1974.  ■

No. 73–5717.  REESE *v.* U. S. BOARD OF PAROLE ET AL. C. A. D. C. Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Upon representation of the Solicitor General set forth in his memorandum for the United States filed February 20, 1974, judgment vacated and case remanded for further consideration in light of the position presently asserted by the Government.

No. 73–5761.  OSHER *v.* UNITED STATES.  C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *United States* v. *Maze,* 414 U. S. 395 (1974).

No. A–746.  SMITH *v.* UNITED STATES.  C. A. 10th Cir.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–820 (73–6388).  McDONALD *v.* TENNESSEE ET AL.  C. A. 6th Cir.  Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.